**myPay**      Text Version    Help   Main   Exit

Save    Print    Printer Friendly Version      **View other LESs**   1302   Go

## DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | LEBLANC JUSTIN JUDE | *****4738 | E5 | 020920 | 10 | 150420 | ARMY | 4834 | 1-28 FEB 13 |

| | ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|---|
| | Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | .00 |
| A | BASE PAY | 2681.63 | FEDERAL TAXES | 337.59 | | | +Tot Ent | 4641.71 |
| B | BAS | 352.27 | FICA-SOC SECURITY | 166.26 | | | -Tot Ded | 4641.71 |
| C | BAH | 1024.30 | FICA-MEDICARE | 38.88 | | | -Tot Allt | .00 |
| D | CLOTHING | 469.35 | SGLI | 27.00 | | | =Net Amt | .00 |
| E | FITW REFUND (CZ) | 114.16 | AFRH | .50 | | | -Cr Fwd | .00 |
| F | | | STATUS DET | 2393.91 | | | =EOM Pay | .00 |
| G | | | SGLI FAM/SPOUSE | 5.00 | | | | |
| H | | | MID-MONTH-PAY | 1672.57 | | | | |
| I | | | | | | | | |
| J | | | | | | | | |
| K | | | | | | | | |
| L | | | | | | | | |
| M | | | | | | | DIEMS | RETPLAN |
| N | | | | | | | 0 | |
| O | | | | | | | | |
| | TOTAL | 4641.71 | | 4641.71 | | .00 | | |

| LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose | FED TAXES | Wage Period | Wage YTD | M/S | Ex | Add'l Tax | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 42.0 | 12.5 | 39 | 15.5 | 80.0 | .0 | .0 | .0 | | 2681.63 | 4323.89 | S | 00 | .00 | 519.28 |

| FICA TAXES | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2681.63 | 5084.93 | 315.26 | 5084.93 | 73.73 | | TX | .00 | .00 | S | 00 | .00 |

| PAY DATA | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W/DEP | SPOUSE | 76544 | 1.00 | 1 | R | | 0 | | | .00 | | RETR4834 |

| THRIFT SAVINGS PLAN (TSP) | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
| | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |
| | TSP YTD Deductions | | | Deferred | | Exempt | | |
| | .00 | | | .00 | | .00 | | |

**REMARKS:**      **YTD ENTITLE**   8306.12      **YTD DEDUCT**   1087.43

IF TSP ELECTION AMT EXCEEDS NET AMT DUE, TSP WILL NOT BE DEDUCTED.
-GET YOUR TAX REFUND QUICKER WITH IRS E-FILE AND DIRECT DEPOSIT. SEE WWW.IRS.GOV AND WWW.FMS.TREAS.GOV/EFT.
-THE IRS TAXPAYER ADVOCATE SVC CAN HELP YOU RESOLVE TAX PROBLEMS THAT YOU HAVEN'T BEEN ABLE TO RESOLVE ON YOUR OWN. LEARN MORE AND FIND OTHER RESOURCES AT WWW.TAXPAYERADVOCATE.IRS.GOV/MILITARY.
-REVIEW YOUR LES EVERY MONTH TO ENSURE YOU ARE RECEIVING THE CORRECT PAY AND ENTITLEMENTS. IF NOT, SEE YOUR COMMANDER AND PAYMASTER TODAY!
-FILING A MANUAL TDY CLAIM? GET PAID ON TIME BY USING THE "SMART VOUCHER" DD FORM 1351-2 INTERACTIVE APPLICATION AT HTTP://WWW.DFAS.MIL/TDYTRAVEL/SMARTVOUCHER.H TML (LOWER CASE).
-REDEPLOYED? GET THE HEALTH CARE YOU DESERVE.

VISIT WWW.DHAP.ARMY.MIL.
-THE NEW COMMISSARY REWARDS CARD! DO YOU HAVE YOURS? FOR INFO:
WWW.COMMISSARIES.COM/REWARDS(LOWER CASE).
MEMBER'S SGLI COVERAGE AMOUNT IS $400,000
FAM/SPOUSE SGLI COVERAGE AMOUNT IS $100,000
STATUS DETERMIN HLDPAY BAL $2393.91
USED LEAVE BALANCE ADJUSTED.
CURRENT MONTH LEAVE BALANCE ADJUSTED.
USED LEAVE BALANCE ADJUSTED.
CURRENT MONTH LEAVE BALANCE ADJUSTED.
NONCHARGEABLE LEAVE 121222-130110(035)
CHARGE LEAVE 130111-130120(035)
CHARGE LEAVE 130121(035)
STOP BANK ACCOUNT ALLOTMENT 1301 (042)
START HELD PAY-STATUS 130211(042)
CHANGE GRADE 130218(050)
CLOTHING MAINTENANCE 120301-130228(052)
BAH BASED ON W/DEP, ZIP 76544
BANK BANK OF AMERICA, N.A.

WWW.DFAS.MIL

DFAS Form 702, Jan 02

**Text Version**    myPay    **Help** **Main** **Exit**

Printer Friendly Version     View other LESs   [ 1301 ]   Go

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | LEBLANC JUSTIN JUDE | *****4738 | E4 | 020920 | 10 | 150420 | ARMY | 4834 | 1-31 JAN 13 |

| | ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|---|
| | Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | .00 |
| A | BASE PAY | 2403.30 | FEDERAL TAXES | 295.85 | BANK ACCT ALLOT | 150.08 | +Tot Ent | 3778.57 |
| B | BAS | 352.27 | FICA-SOC SECURITY | 149.00 | | | -Tot Ded | 2069.83 |
| C | BAH | 1023.00 | FICA-MEDICARE | 34.85 | | | -Tot Allt | 150.08 |
| D | | | SGLI | 27.00 | | | =Net Amt | 1558.66 |
| E | | | AFRH | .50 | | | -Cr Fwd | .00 |
| F | | | SGLI FAM/SPOUSE | 5.00 | | | =EOM Pay | 1558.66 |
| G | | | MID-MONTH-PAY | 1557.63 | | | | |
| H | | | | | | | | |
| I | | | | | | | | |
| J | | | | | | | | |
| K | | | | | | | | |
| L | | | | | | | DIEMS | RETPLAN |
| M | | | | | | | | |
| N | | | | | | | 010803 | CHOICE |
| O | | | | | | | | |
| | TOTAL | 3778.57 | | 2069.83 | | 150.08 | | |

| LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose | FED TAXES | Wage Period | Wage YTD | M/S | Ex | Add'l Tax | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 42.0 | 10.0 | 0 | 52.0 | 119.0 | .0 | .0 | .0 | | 2403.30 | 2403.30 | S | 00 | .00 | 295.85 |

| FICA TAXES | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2403.30 | 2403.30 | 149.00 | 2403.30 | 34.85 | | TX | .00 | .00 | S | 00 | .00 |

| PAY DATA | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W/DEP | SPOUSE | 76544 | 1.00 | 1 | R | | 0 | | | .00 | | DBWH4GC0 |

| THRIFT SAVINGS PLAN (TSP) | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
| | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |
| | | TSP YTD Deductions .00 | | | Deferred .00 | | Exempt .00 | |

**REMARKS:**      YTD ENTITLE   3778.57      YTD DEDUCT   512.20

IF TSP ELECTION AMT EXCEEDS NET AMT DUE, TSP WILL NOT BE DEDUCTED.
-EFF JAN 2013, YOUR FICA TAX INCREASED FROM 4.0% TO 6.2%. FOR INCREASES IN THIS YEAR'S BASIC PAY, BAH AND BAS VISIT, WWW.DFAS.MIL.
-THE FY 2013 NDAA (PL 122-239) EXTENDED AUTHORITY TO CARRY OVER UP TO 75 DAYS LEAVE TO 30 SEPT 2015.
-PER TREASURY OF THE UNITED STATES, EFF MAR 1,2013, ALL SERVICE MEMBERS MUST BE PAID VIA EFT. SEE HTTP://WWW.DFAS.MIL/MANDATORYEFT.HTML.
-TAX TIME IS COMING. VERIFY YOUR TAX INFO AND RECEIVE YOUR STATEMENTS VIA MYPAY.

-THE ARMY WANTS YOU AND YOUR FAMILY TO "SET A GOAL, MAKE A PLAY, SAVE AUTOMATICALLY" FOR MILITARY SAVES WEEK, 25 FEB THROUGH 2 MAR 2013. FOR MORE INFO, VISIT WWW.MILITARYSAVES.ORG.
TAX EXEMPT LV BAL = 9.5.
MEMBER'S SGLI COVERAGE AMOUNT IS $400,000
FAM/SPOUSE SGLI COVERAGE AMOUNT IS $100,000
RATE CHG BASIC PAY 130101(001)
RATE CHG BAH 130101(001)
RATE CHG BAS 130101(001)
FITW RATE CHANGE 130101(021)
BAH BASED ON W/DEP, ZIP 76544
BANK BANK OF AMERICA, N.A.

WWW.DFAS.MIL

DFAS Form 702, Jan 02